**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § <br> §<br> Plaintiff, §<br> §<br> v. §<br> §<br> **0.39 ACRES OF LAND, MORE OR** §<br> **LESS, SITUATE IN YOUNG** §<br> **COUNTY TEXAS, UNKNOWN** §<br> **HEIRS OF TOSSIE LONG, et al.,** §<br> §<br> Defendants. § | Civil Action No. 7:15-cv-00044-O |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 72. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, this case is **DISMISSED with prejudice**. A Final Judgment, which reflects the Court's acceptance of the Magistrate Judge's Findings, conclusions, and Recommendation, will issue separately.

**SO ORDERED** on this **15th day** of **July, 2016**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE